IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -8 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Vanessa D. Shepley , Plaintiff

v.

City of Aurora and Centennial ,

Arapahoe County Sheriffs Department ,

Arapahoe County Detention Facility ,

Hometown Suites , Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Vanessa D. Shepley   PO Box 181641  Denver CO 80216
(Name and complete mailing address)

720-366-5477
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: City of Aurora police department 15001 E. Alameda Parkway Aurora Co 80017
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2: City of Centennial 13133 E. Arapahoe Rd. Centennial Co 80112
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: Arapahoe County Sheriffs Department 13101 E. Broncos Parkway Centennial Co 80112
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: Arapahoe County Detention Facility 7375 S. Potomac St, Centennial Co 80112
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Hometown Facility 1507 E. Havana Rd, Aurora Co 80012
720-970-8609

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_attempted murder; civil rights; gender and disability discrimination._

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation;

Defendant 1 is incorporated under the laws of __Colorado__ (name of state or foreign nation).

Defendant 1 has its principal place of business in __Colorado__ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ~~Incident date~~ See Statement of ~~claim~~ incidendent claims dated 5/27/21

Supporting facts:

Had me in the wrong bunk for a ~~disabled~~ ADA person.

4

incident 1/20/19

CLAIM TWO:  see Statement 5/27/21

Supporting facts:

E.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

see statement 5/27/19

incident 1/20/19

F.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See.* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Vanessa D. Shopley
(Plaintiff's signature)

5/27/21
(Date)

(Revised December 2017)

6

Statement of claims
Incident dated January 20, 2019
Complaint

In Aurora/Centennial, Arapahoe County: I was arrested for no reason by the Aurora Police Department, Defamed, slandered, falsely, arrested with conspiracy to commit a crime by the Arapahoe County Sheriffs Department. I need to accuse Arapahoe county detention facility with attempted murder, sexual harassment, conspiracy to commit a crime, gender and disability discrimination, assault and battery with a concealed weapon in a federal court of law.

For the damages that were done in Aurora/Centennial/Arapahoe County Detention Facility I would like to request $5.61 billion.

5/27/2021
Vanessa Shepley